NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROOT SCIENCES, LLC,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2022-1795

---

Appeal from the United States Court of International Trade in No. 1:21-cv-00123-GSK, Judge Gary S. Katzmann.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                   ROOT SCIENCES, LLC v. US

(2)  Each side shall bear their own costs.


                                    FOR THE COURT

March 15, 2023
     Date                           /s/ Peter R. Marksteiner
                                    Peter R. Marksteiner
                                    Clerk of Court


**ISSUED AS A MANDATE:** March 15, 2023